1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| Peter Salas, | 2:21-CV-00281-MTL |
|---|---|
| Plaintiffs | **MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| All Over Towing, Inc., an Arizona Corporation, Thomas J. DiMarco Sr. and Jane Doe DiMarco, a married couple, Dawn DiMarco and John Doe DiMarco, a married couple, and Joseph DiMarco | |
| Defendants. | |

Plaintiff Peter Salas, by and through counsel, hereby moves this Court to extend Defendants' time to respond to the Complaint by twenty (20) days. Plaintiff's undersigned counsel has obtained Defendants' consent, through their counsel, for this extension. Good cause exists for the Court to grant this motion because the parties have initiated settlement discussions and believe an early resolution of the matter is likely. Extending the Defendants' response time would be in the interest of judicial efficiency and avoid needless legal expense.

**DATED** this 4th day of June, 2021.

1 | BENDAU & BENDAU PLLC
2 |
3 | By  /s/ Clifford P. Bendau, II
4 | Clifford P. Bendau, II
5 | Christopher J. Bendau
  | P.O. Box 97066
6 | Phoenix, AZ 85060
  | Attorneys for Plaintiff