**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
chris@bendaulaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Peter Salas**,<br><br>Plaintiff,<br><br>vs.<br><br>**Quik Pik LLC**, an Arizona Limited Liability Company; **5-D Leasing, LLC**, an Arizona Limited Liability Company; **All Over Towing Incorporated,** an Arizona Corporation; **Thomas J. DiMarco, Sr. and Jane Doe DiMarco**, a married couple; **Dawn DiMarco and John Doe DiMarco**; a married couple; and **Joseph DiMarco Sr. and Jane Doe DiMarco II**,<br><br>Defendants. | No. 2:21-CV-00281-MTL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Peter Salas, by and through undersigned counsel, gives notice of voluntarily dismissing this action in its entirety, with prejudice.

DATED this 20th Day of July, 2021.

BENDAU & BENDAU PLLC

/s/*Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th Day of July 2021, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Clifford P. Bendau, II*